# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ALEXIS BUSTOS,<br><br>    Defendant | Case No.: 1:21-mj-00617-9002 RMM<br><br>**MOTION TO AMEND CONDITIONS OF RELEASE (RELOCATION TO ANOTHER DISTRICT)** |

COMES NOW, Alexis Bustos, through counsel, Joseph R. Conte, to respectfully request this honorable court to amend his conditions of release to permit him to relocate to Santa Barbara, California[1] and report to the Pretrial Services Agency for the Central District of California. As grounds for this motion counsel would state:

1. Mr. Bustos is on release and living in Denver, Colorado.

2. For personal reasons, Mr. Bustos desires to relocate to his parents home in Santa Barbara, California.

3. Mr. Bustos' current conditions of release require that he report to the Pretrial Services Agency for the District of Colorado.

---

[1] Counsel can provide the exact address as required. The address is the same address, and family home, of the co-defendant.

Notice of Appearance
U.S. v. HATLEY; Cr. #1:21-mj-00617 RMM-2

Page -1-

AMEND COR 21/12/12 08:01:51

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
202.638.4100
dcgunlaw@gmail.com

4. The Pretrial Services Agency for the District of Colorado cannot supervise a defendant in a different district and counsel has been advised by the Pretrial Service Agency officer that a motion is required to transfer supervision.

5. The Pretrial Services Agency officer does not oppose the transfer.

6. The government does not oppose the relocation and transfer if not opposed by the Pretrial Services Agency.

WHEREFORE, counsel respectfully requests that this motion be granted.

Dated: December 12, 2021

Respectfully submitted,

_____
Joseph R. Conte, Bar #366827
Counsel for Alexis Bustos
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone: 202.638.4100
Fax:          202.628.0249
E-mail:     dcgunlaw@gmail.com

Notice of Appearance
U.S. v. HATLEY; Cr. #1:21-mj-00617 RMM-2

Page -2-

AMEND COR 21/12/12 08:01:51

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
202.638.4100
dcgunlaw@gmail.com